**No. 09-1153. Donn Carswell, et al., Petitioners v. Hawaii Department of Land and Natural Resources, et al.**

559 U.S. 1071, 130 S. Ct. 2136, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3323.

April 19, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 120 Haw. 417, 209 P.3d 194.

**No. 09-6845. Aminata Bubu Kamara, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1071, 130 S. Ct. 2089, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3453.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 308 Fed. Appx. 701.

**No. 09-7382. Albert Randolph, Petitioner v. United States.**

559 U.S. 1071, 130 S. Ct. 2090, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3468.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 326 Fed. Appx. 974.

**No. 09-7579. Mario Lou Meza, Petitioner v. California.**

559 U.S. 1071, 130 S. Ct. 2091, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3427.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-7697. Freddy Lee Foots, Petitioner v. United States.**

559 U.S. 1071, 130 S. Ct. 2091, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3276.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 340 Fed. Appx. 969.

**No. 09-7845. Mikal David Adams, Petitioner v. California.**

559 U.S. 1071, 130 S. Ct. 2091, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3463.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-7927. Freddie J. Grayson, Petitioner v. California.**

559 U.S. 1071, 130 S. Ct. 2091, 176 L. Ed. 2d 728, 2010 U.S. LEXIS 3368.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 155 Cal. App. 4th 1059, 66 Cal. Rptr. 3d 603.